UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY J. SMITH, | Case No. CV 08-6575 MMM(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| LINDA SANDERS, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody is denied and this action is dismissed without prejudice.

DATED: January 14, 2009

_Margaret M. Morrow_

HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE